**Dismissed and Opinion Filed June 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00485-CV

### ROBERT O. CANON, Appellant
### V.
### BIVINS EXPLORATION, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09903**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's June 7, 2016 unopposed motion to dismiss this appeal. In

the motion, appellant states the parties have settled their dispute and he requests we dismiss the

appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(A)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160485F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT O. CANON, Appellant

No. 05-16-00485-CV          V.

BIVINS EXPLORATION, INC., Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-09903.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered June 13, 2016.